| AO 10<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Sansone, Amanda A. | 2. Court or Organization<br><br>United States District Court, Middle District of Florida | 3. Date of Report<br><br>04/22/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge -- full-time | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>Sam Gibbons U.S. Courthouse<br>801 N. Florida Avenue, Chambers 10B<br>Tampa, Florida 33602 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | DCA Beach Properties, LLC |
| 2. | Director | Athena Society, Inc. |
| 3. | Vice President (terminated 5/31/2016) | John B. Gorrie Foundation, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 04/22/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | State of Florida, annual aggregate salary from Jan. 1, 2016 through May 27, 2016 | $28,130.67 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 04/22/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Association -- Tampa Bay Chapter | judicial robe | $463.25 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 04/22/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab One Account (H) | | | | | | | | | |
| 2. -- SCHWAB GOVT MONEY FUND (SWGXX) | None | | J | T | Redeemed (part) | 01/04/16 | J | | |
| 3. | | | | | Buy (add'l) | 01/12/16 | J | | |
| 4. | | | | | Buy (add'l) | 01/13/16 | J | | |
| 5. | | | | | Buy (add'l) | 01/14/16 | J | | |
| 6. | | | | | Redeemed (part) | 01/15/16 | J | | |
| 7. | | | | | Redeemed (part) | 01/25/16 | J | | |
| 8. | | | | | Redeemed (part) | 01/27/16 | J | | |
| 9. | | | | | Buy (add'l) | 02/16/16 | J | | |
| 10. | | | | | Redeemed (part) | 02/23/16 | J | | |
| 11. | | | | | Redeemed (part) | 03/03/16 | J | | |
| 12. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 13. | | | | | Buy (add'l) | 03/15/16 | J | | |
| 14. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 15. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 16. | | | | | Buy (add'l) | 03/30/16 | J | | |
| 17. | | | | | Buy (add'l) | 04/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 04/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 19. | | | | | Redeemed (part) | 04/06/16 | J | | |
| 20. | | | | | Redeemed (part) | 04/12/16 | J | | |
| 21. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 22. | | | | | Redeemed (part) | 05/13/16 | J | | |
| 23. | | | | | Redeemed (part) | 06/13/16 | J | | |
| 24. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 25. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 26. | | | | | Redeemed (part) | 07/07/16 | J | | |
| 27. | | | | | Buy (add'l) | 09/20/16 | J | | |
| 28. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 29. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 30. | | | | | Redeemed (part) | 10/06/16 | J | | |
| 31. | | | | | Redeemed (part) | 11/03/16 | J | | |
| 32. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 33. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 34. | | | | | Buy (add'l) | 12/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 04/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 36. -- AQR MGD FUTURES STRAT FD (AQMNX) | A | Dividend | J | T | Buy | 03/02/16 | J | | |
| 37. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 38. -- OSHAUGHNESSY ALL CAP (OFAIX) | A | Dividend | J | T | Buy (add'l) | 12/16/16 | J | | |
| 39. -- SCHWAB EMERGING MARKETS (SCHE) | A | Dividend | J | T | Buy (add'l) | 05/10/16 | J | | |
| 40. -- SCHWAB INTERNATIONAL (SCHF) | A | Dividend | J | T | Sold (part) | 01/07/16 | J | | |
| 41. | | | | | Buy (add'l) | 02/18/16 | J | | |
| 42. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 43. -- SCHWAB US LARGE CAP (SCHG) | A | Dividend | | | Buy | 06/08/16 | J | | |
| 44. | | | | | Sold | 11/16/16 | J | A | |
| 45. -- SELECT STR FINANCIAL (XLF) | A | Dividend | J | T | | | | | |
| 46. -- VANGUARD DIVIDEND (VIG) | A | Dividend | J | T | | | | | |
| 47. -- VANGUARD HIGH DIVIDEND (VYM) | A | Dividend | J | T | | | | | |
| 48. -- GUGGENHEIM SP 500 TOP 50 (XLG) | A | Dividend | | | Buy | 01/20/16 | J | | |
| 49. | | | | | Sold | 01/21/16 | J | A | |
| 50. | | | | | Buy | 01/22/16 | J | | |
| 51. | | | | | Sold (part) | 03/03/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 04/22/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 03/29/16 | J | A | |
| 53. -- SCHWAB US BROAD MARKET (SCHB) | A | Dividend | J | T | Sold (part) | 01/06/16 | J | | |
| 54. | | | | | Sold | 01/08/16 | J | | |
| 55. | | | | | Buy | 11/16/16 | J | | |
| 56. -- CAMBRIA GLOBAL MOMENTUM (GMOM) | | None | J | T | Buy | 10/31/16 | J | | |
| 57. -- REAL ESTATE SELECT SCTR SPDR ETF (XLRE) | A | Dividend | J | T | Spinoff (from line 45) | 09/22/16 | J | | |
| 58. Schwab Roth IRA (H) | | | | | | | | | |
| 59. -- SCHWAB GOVT MONEY FUND (SWGXX) | | None | J | T | Buy (add'l) | 01/12/16 | J | | |
| 60. | | | | | Buy (add'l) | 01/13/16 | J | | |
| 61. | | | | | Buy (add'l) | 01/14/16 | J | | |
| 62. | | | | | Redeemed (part) | 01/15/16 | J | | |
| 63. | | | | | Redeemed (part) | 01/25/16 | J | | |
| 64. | | | | | Redeemed (part) | 01/27/16 | J | | |
| 65. | | | | | Redeemed (part) | 02/23/16 | J | | |
| 66. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 67. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 68. | | | | | Buy (add'l) | 03/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 04/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/30/16 | J | | |
| 70. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 71. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 72. | | | | | Redeemed (part) | 04/06/16 | J | | |
| 73. | | | | | Redeemed (part) | 04/12/16 | J | | |
| 74. | | | | | Redeemed (part) | 06/13/16 | J | | |
| 75. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 76. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 77. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 78. | | | | | Redeemed (part) | 07/07/16 | J | | |
| 79. | | | | | Redeemed (part) | 07/13/16 | J | | |
| 80. | | | | | Buy (add'l) | 09/20/16 | J | | |
| 81. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 82. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 83. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 84. | | | | | Redeemed (part) | 10/06/16 | J | | |
| 85. | | | | | Redeemed (part) | 11/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 9 of 19

Name of Person Reporting

Sansone, Amanda A.

Date of Report

04/22/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Redeemed (part) | 11/21/16 | J | | |
| 87. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 88. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 89. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 90.   -- OSHAUGHNESSY ALL CAP (OFAIX) | A | Dividend | J | T | Buy (add'l) | 12/16/16 | J | | |
| 91.   -- SCHWAB EMERGING MARKETS (SCHE) | A | Dividend | J | T | | | | | |
| 92.   -- SCHWAB INTERNATIONAL (SCHF) | A | Dividend | J | T | Sold (part) | 01/07/16 | J | | |
| 93. | | | | | Buy (add'l) | 02/18/16 | J | | |
| 94. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 95.   -- SCHWAB US LARGE CAP (SCHG) | A | Dividend | | | Buy | 06/08/16 | J | | |
| 96. | | | | | Sold | 11/16/16 | J | A | |
| 97.   -- SELECT STR FINANCIAL (XLF) | A | Dividend | J | T | | | | | |
| 98.   -- SPDR S&P INTERNATIONAL (DWX) | A | Dividend | J | T | Buy (add'l) | 12/27/16 | J | | |
| 99. | | | | | Sold (part) | 12/27/16 | J | | |
| 100.  -- VANGUARD DIVIDEND (VIG) | A | Dividend | J | T | | | | | |
| 101.  -- VANGUARD HIGH DIVIDEND (VYM) | A | Dividend | J | T | | | | | |
| 102.  -- GUGGENHEIM SP 500 TOP 50 (XLG) | A | Dividend | | | Buy | 01/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 04/22/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 01/21/16 | J | A | |
| 104. | | | | | Buy | 01/22/16 | J | | |
| 105. | | | | | Sold (part) | 03/03/16 | J | A | |
| 106. | | | | | Sold (part) | 03/29/16 | J | A | |
| 107. -- SCHWAB US BROAD MARKET (SCHB) | A | Dividend | J | T | Sold (part) | 01/06/16 | J | | |
| 108. | | | | | Sold (part) | 01/08/16 | J | | |
| 109. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 110. -- AQR MGD FUTURES STRAT FD (AQMNX) | A | Dividend | J | T | Buy (add'l) | 07/12/16 | J | | |
| 111. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 112. -- REAL ESTATE SELECT SCTR SPDR ETF (XLRE) | A | Dividend | J | T | Spinoff (from line 97) | 09/22/16 | J | | |
| 113. -- CAMBRIA GLOBAL MOMENTUM (GMOM) | | None | J | T | Buy | 10/31/16 | J | | |
| 114. Schwab IRA (H) | | | | | | | | | |
| 115. -- SCHWAB GOVT MONEY FUND (SWGXX) | A | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 116. | | | | | Buy (add'l) | 01/06/16 | J | | |
| 117. | | | | | Buy (add'l) | 01/08/16 | J | | |
| 118. | | | | | Buy (add'l) | 01/11/16 | J | | |
| 119. | | | | | Buy (add'l) | 01/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 04/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 01/13/16 | J | | |
| 121. | | | | | Buy (add'l) | 01/14/16 | J | | |
| 122. | | | | | Buy (add'l) | 01/19/16 | J | | |
| 123. | | | | | Redeemed (part) | 01/25/16 | J | | |
| 124. | | | | | Redeemed (part) | 01/27/16 | J | | |
| 125. | | | | | Buy (add'l) | 02/01/16 | J | | |
| 126. | | | | | Buy (add'l) | 02/08/16 | J | | |
| 127. | | | | | Buy (add'l) | 02/10/16 | J | | |
| 128. | | | | | Redeemed (part) | 02/23/16 | J | | |
| 129. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 130. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 131. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 132. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 133. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 134. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 135. | | | | | Buy (add'l) | 03/30/16 | J | | |
| 136. | | | | | Buy (add'l) | 03/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 04/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 138. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 139. | | | | | Redeemed (part) | 04/06/16 | J | | |
| 140. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 141. | | | | | Redeemed (part) | 04/12/16 | J | | |
| 142. | | | | | Buy (add'l) | 04/26/16 | J | | |
| 143. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 144. | | | | | Redeemed (part) | 05/09/16 | J | | |
| 145. | | | | | Buy (add'l) | 05/11/16 | J | | |
| 146. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 147. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 148. | | | | | Redeemed (part) | 06/13/16 | J | | |
| 149. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 150. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 151. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 152. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 153. | | | | | Redeemed (part) | 07/07/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 07/11/16 | J | | |
| 155. | | | | | Redeemed (part) | 07/13/16 | J | | |
| 156. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 157. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 158. | | | | | Buy (add'l) | 08/10/16 | J | | |
| 159. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 160. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 161. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 162. | | | | | Buy (add'l) | 09/20/16 | J | | |
| 163. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 164. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 165. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 166. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 167. | | | | | Redeemed (part) | 10/06/16 | J | | |
| 168. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 169. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 170. | | | | | Buy (add'l) | 11/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 04/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 172. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 173. | | | | | Redeemed (part) | 11/21/16 | J | | |
| 174. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 175. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 176. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 177. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 178. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 179. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 180. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 181. -- DOUBLELINE INCOME SOLUTI (DSL) | A | Dividend | J | T | | | | | |
| 182. -- ANGEL OAK MULTI STRATEGY (ANGIX) | A | Dividend | J | T | | | | | |
| 183. -- DOUBLELINE TOTAL RETURN (DBLTX) | A | Dividend | J | T | Buy (add'l) | 01/29/16 | J | | |
| 184. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 185. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 186. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 187. | | | | | Buy (add'l) | 05/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 04/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 189. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 190. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 191. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 192. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 193. | | | | | Buy (add'l) | 11/30/16 | J | | |
| 194. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 195. -- OSHAUGHNESSY ALL CAP (OFAIX) | A | Dividend | K | T | Buy (add'l) | 12/16/16 | J | | |
| 196. -- ISHARES US HOME (ITB) | A | Dividend | J | T | | | | | |
| 197. -- SCHWAB EMERGING MARKETS (SCHE) | A | Dividend | J | T | | | | | |
| 198. -- SCHWAB INTERNATIONAL (SCHF) | A | Dividend | K | T | Sold (part) | 01/07/16 | J | | |
| 199. | | | | | Buy (add'l) | 02/18/16 | J | | |
| 200. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 201. -- SCHWAB SHORT TERM US (SCHO) | A | Dividend | J | T | | | | | |
| 202. -- SCHWAB US LARGE CAP (SCHG) | A | Dividend | | | Sold (part) | 01/05/16 | J | A | |
| 203. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 204. | | | | | Sold | 11/16/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -- SELECT STR FINANCIAL (XLF) | A | Dividend | J | T | | | | | |
| 206. -- SPDR BARCLAYS SHORT TERM (SJNK) | A | Dividend | J | T | | | | | |
| 207. -- SPDR S&P INTERNATIONAL (DWX) | A | Dividend | J | T | Buy (add'l) | 12/27/16 | J | | |
| 208. | | | | | Sold (part) | 12/27/16 | J | | |
| 209. -- VANGUARD DIVIDEND (VIG) | A | Dividend | K | T | Buy (add'l) | 05/04/16 | J | | |
| 210. -- VANGUARD HIGH DIVIDEND (VYM) | A | Dividend | J | T | | | | | |
| 211. -- GUGGENHEIM SP 500 TOP 50 (XLG) | A | Dividend | | | Buy | 01/20/16 | J | | |
| 212. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 213. | | | | | Sold | 01/21/16 | J | A | |
| 214. | | | | | Buy (add'l) | 01/22/16 | J | | |
| 215. | | | | | Sold (part) | 03/03/16 | J | A | |
| 216. | | | | | Sold | 03/29/16 | J | A | |
| 217. -- JP MORGAN CHASE ALERIAN (AMJ) | | None | | | Sold | 01/12/16 | J | | |
| 218. -- SCHWAB US BROAD MARKET (SCHB) | A | Dividend | | | Sold (part) | 01/06/16 | J | | |
| 219. | | | | | Sold | 01/08/16 | J | | |
| 220. | | | | | Buy | 11/16/16 | J | | |
| 221. -- AQR MGD FUTURES STRAT FD (AQMNX) | A | Dividend | J | T | Buy | 07/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 04/22/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 223. -- GUGGENHEIM S&P 500 EQUAL (RSP) | A | Dividend | J | T | Buy | 11/16/16 | J | | |
| 224. | | | | | Sold (part) | 12/27/16 | J | A | |
| 225. -- REAL ESTATE SELECT SCTR SPDR ETF (XLRE) | A | Dividend | J | T | Spinoff (from line 205) | 09/22/16 | J | | |
| 226. Florida Retirement System Investment Plan (H) | | | | | | | | | |
| 227. -- FRS 2040 RETIREMENT DATE FUND (2040) | | None | J | T | | | | | |
| 228. 401(K) Plan for Employees of Carlton Fields | | None | | | Closed | 04/25/16 | J | | |
| 229. Suncoast Schools Credit Union Cash Accounts | A | Dividend | L | T | | | | | |
| 230. Bank of Tampa Cash Account | | None | K | T | | | | | |
| 231. Sarasota County, Florida Property | D | Rent | N | W | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 04/22/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amanda A. Sansone**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544